UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REGINALD LORENZO BUCHANAN,   CASE NO. 08-60828-CIV-DIMITROULEAS

    Petitioner,

vs.

WALTER MCNEIL,

    Respondent.
_____/

## FINAL JUDGMENT FOR RESPONDENT

THIS CAUSE is before the Court upon the Final Judgment and Order Denying Petition For Writ of Habeas Corpus; Withdrawing Reference signed today on August 7, 2008. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Respondent Walter McNeil against the Petitioner, Reginald Lorenzo Buchanan in this civil case.

2. Any remaining pending motions as hereby Denied As Moot.

3. The Clerk is hereby directed to close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of August, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Mark J. Hamel, Assistant Attorney General

Reginald L. Buchanan, #912699
c/o Hardee Corr. Inst. - Work Camp
6899 St. Rd. #62
Bowling Green, FL 33834-8576

Honorable Patrick A. White, US Magistrate Judge